UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 07-cv-02011-REB-MJW

BOBBIE CRUZ,

    Plaintiff,

v.

TERRANCE MCKELVEY, individually, and d/b/a MCKELVEY LAW OFFICE, MCKELVEY LAW OFFICES, P.C., a New York corporation,
DOUGLAS J. MACKINNON, JR.,
MARK BOHN,
ACCOUNT MANAGEMENT SERVICES OR NORTH AMERICA, LLC, a New York limited liability company, and
FIRST AMERICAN INVESTMENT COMPANY, LLC, a New York limited liability company,

    Defendants.

---

## ORDER (Docket No. 20)

---

The Court having reviewed Defendants Motion for Substitution of Counsel and Entry of Appearance and being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that *The motion (Docket No. 20) is granted. And* Sheryl L. Anderson of Wells, Anderson & Race LLC is substituted as counsel for Defendants, in place of Dennis J. Bartlett of Kerr Brosseau Bartlett O'Brien, LLC, who is withdrawn as counsel.

Dated this 3rd day of January, 2008.

BY THE COURT:

/s/ Michael J. Watanabe

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO