UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 07-cv-02011-REB-MJW

BOBBIE CRUZ,

    Plaintiff,

v.

TERRANCE MCKELVEY, individually, and d/b/a MCKELVEY LAW OFFICE,
MCKELVEY LAW OFFICES, P.C., a New York corporation,
DOUGLAS J. MACKINNON, SR.,
MARK BOHN,
ACCOUNT MANAGEMENT SERVICES OF NORTH AMERICA, LLC, a New York limited liability company, and
FIRST AMERICAN INVESTMENT COMPANY, LLC, a New York limited liability company,

    Defendants.

---

### ORDER GRANTING MOTION TO VACATE SETTLEMENT CONFERENCE AND TO ALLOW PARTICIPATION BY TELEPHONE (Docket p. 40)

This matter comes before the Court on Defendants Motion to Vacate Settlement Conference and to Allow Participation By Telephone. The Court, having reviewed the Motion and being fully advised, finds that good cause exists for granting the relief requested.

IT IS THEREFORE ORDERED that the Motion is **GRANTED**, and the settlement conference currently schedule for March 14, 2008 is hereby vacated. The Court also orders that representatives for Defendants may appear at future settlement conferences via telephone.

Dated this 11Th day of March, 2008.

BY THE COURT:

_/s/ Michael J. Watanabe_
U.S. District Court Judge
**MICHAEL J. WATANABE**
**U.S. MAGISTRATE JUDGE**
**DISTRICT OF COLORADO**

1