# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 07-cv-02011-REB-MJW | FTR |
| **Date:** April 7, 2008 | Shelley Moore, Deputy Clerk |
| BOBBIE CRUZ, | David M. Larson |
| Plaintiff(s), | |
| v. | |
| TERRANCE MCKELVEY, et al., | Sheryl L. Anderson |
| | Adam P. O'Brien |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**EMERGENCY TELEPHONIC MOTION HEARING**

**Court in Session 8:35 a.m.**

Court calls case. Appearances of counsel.

| | |
|---|---|
| 8:36 a.m. | Mr. Larson presents argument on Plaintiff's Emergency Motion to Compel the Depositions of Defendants' Terrance McKelvey and McKelvey Law Offices, P.C. (document 48). |
| 8:40 a.m. | Mr. O'Brien presents responsive argument to the emergency motion to compel, and argument on the motion for protective order. |
| **ORDERED:** | Plaintiff's Emergency Motion to Compel the Depositions of Defendants' Terrance McKelvey and McKelvey Law Offices, P.C. (document 48) is GRANTED. Should the deposition not be completed before Mr. McKelvey's hearing at 2:00 p.m., they may continue the deposition after the 2:00 p.m. hearing concludes. |
| **ORDERED:** | Defendants' Motion for Protective Order (document 51) is DENIED. |
| 8:43 a.m. | Ms. Anderson presents remarks. |

**Court in recess 8:45 a.m.**
Total In-Court Time 0:10, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.