IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02011-REB-MJW

BOBBIE CRUZ,

Plaintiff,

v.

TERRANCE MCKELVEY, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the Emergency Motion to Permit Defendant MacKinnon to Appear by Telephone or Re-set Hearing as to Him (Docket No. 81) is granted to the extent that defendant MacKinnon shall be permitted to appear by telephone at tomorrow's motion hearing. Mr. MacKinnon shall telephone the court at (303) 844-2403 on Friday, June 13, 2008, at 10:30 a.m. Mountain Time.

Date: June 12, 2008