## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 07-cv-02011-REB-MJW | FTR |
| **Date:** June 13, 2008 | Shelley Moore, Deputy Clerk |
| BOBBIE CRUZ, | David M. Larson |
| | Joseph M. Meinhardt |
| Plaintiff(s), | |
| v. | |
| TERRANCE MCKELVEY, et al., | Scott M. Browning |
| | Michelle A. Pinkowski |
| Defendant(s). | Clifford B. Stricklin |
| | Sheryl L. Anderson |
| | Adam P. O'Brien |
| | Stephen E. Csajaghy |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**

**Court in Session 10:30 a.m.**

Court calls case. Appearances of counsel. Defendant Terrence D. McKelvey is present. Defendant Douglas MacKinnon is present by telephone. Carl A. Steinbrenner, representative of FA Holdings, is present.

10:34 a.m.    Mr. Larson presents argument on Plaintiff's Motion to Compel and Motion for Sanctions Regarding the Depositions Set for April 8-10, 2008 in Buffalo, New York (document 58).

10:59 a.m.    Mr. Browning presents responsive argument.

Mr. Strickland has no responsive argument.

11:07 a.m.    Mr. Pinkowski presents responsive argument.

11:12 a.m.    Ms. Anderson presents responsive argument.

11:13 a.m.    Mr. Larson presents rebuttal argument.

**ORDERED:**    Plaintiff's Motion to Compel and Motion for Sanctions Regarding the Depositions Set for April 8-10, 2008 in Buffalo, New York (document 58) is **TAKEN UNDER ADVISEMENT**.

11:18 a.m.     Mr. Larson presents argument on Plaintiff's Motion to Compel Defendants' Responses to Plaintiff's Discovery Requests (DN 66).

11:25 a.m.     Mr. Csajaghy presents responsive argument.

11:32 a.m.     Mr. O'Brien presents a brief responsive argument.

11:32 a.m.     Mr. Larson presents rebuttal argument.

**ORDERED:**     Mr. Larson presents argument on Plaintiff's Motion to Compel Defendants' Responses to Plaintiff's Discovery Requests (DN 66) is **TAKEN UNDER ADVISEMENT**.

11:33 a.m.     Ms. Anderson presents argument on Defendants' Motion to Withdraw as Attorney for All Defendants (DN 61).

Mr. O'Brien relies upon the argument of Ms. Anderson.

The remaining defense counsel have no objection to the motion.

11:34 a.m.     Mr. Larson presents responsive argument.

**ORDERED:**     Defendants' Motion to Withdraw as Attorney for All Defendants (DN 61) is **GRANTED**. Ms. Anderson and Mr. O'Brien are withdrawn as counsel of record.

**ORDERED:**     On or before June 23, 2008, Ms. Anderson and Mr. O'Brien shall file their responses, under seal, to Plaintiff's Motion to Compel and Motion for Sanctions Regarding the Depositions Set for April 8-10, 2008 in Buffalo, New York (document 58) and Plaintiff's Motion to Compel Defendants' Responses to Plaintiff's Discovery Requests (DN 66).

**ORDERED:**     The discovery deadline is extended to July 25, 2008, for the limited purpose of completing the depositions of Terrence McKelvey, Mark Bone, Douglas MacKinnon, Joe Kemp, Michelle Krauss, Antonio Payton, Laura Beaver, Kim Bannister, John Bannister, and the two corporate defendants FA Holdings and First American Investment Company. Accordingly, the disposition motion deadline is extended to August 11, 2008. All other hearings and deadlines remain in full force and effect.

The parties will commence a settlement conference immediately following the conclusion of this hearing.

**Court in recess 11:46 a.m.**
Total In-Court Time 1:16, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.