IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-02011-REB-MJW     FTR

**Date:** June 13, 2008     Ben Van Dyke, Deputy Clerk

BOBBIE CRUZ,     David M. Larson

             Plaintiff,

v.

MCKELVEY LAW OFFICES, P.C.,     Michelle A. Pinkowski
a New York corporation, *et al.*,     Clifford B. Stricklin
       Scott M. Browning

             Defendants.

## COURTROOM MINUTES / MINUTE ORDER

**SETTLEMENT CONFERENCE**

**Court in Session:**     3:00 p.m.

Court calls case. Appearances of parties and counsel.

The Settlement Agreement is reviewed and placed on the record.

**ORDERED:**     The Settlement Agreement is approved and shall be confidential.

**ORDERED:**     Parties shall submit their Joint Stipulated Motion for Dismissal to Judge Blackburn by **July 3, 2008**.

**ORDERED:**     Plaintiff's Motion to Compel and Motion for Sanctions [doc. 58] and Plaintiff's Motion to Compel the Defendants' Responses to the Plaintiff's Discovery Requests [doc. 66] are denied as moot in light of the settlement agreement.

**ORDERED:**     All further hearings before Magistrate Judge Watanabe are VACATED.

**Court in Recess:**     3:11 p.m.

The court spent two hours (02:00) preparing for and conducting the settlement conference.

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.