# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 07-cv-02011-REB-MJW

BOBBIE CRUZ,

    Plaintiff,

v.

TERRANCE MCKELVEY, individually, and d/b/a MCKELVEY LAW OFFICE,
MCKELVEY LAW OFFICES, P.C., a New York corporation,
DOUGLAS J. MACKINNON, JR.,
MARK BOHN,
ACCOUNT MANAGEMENT SERVICES OF NORTH AMERICA, LLC, a New York limited liability company, and
FIRST AMERICAN INVESTMENT COMPANY, LLC, a New York limited liability company,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me are the parties' **Stipulated Motion For Dismissal of Action With Prejudice** [#87] filed July 1, 2008. After careful review of the motion and the file, I have concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulated Motion For Dismissal of Action With Prejudice** [#87] filed July 1, 2008, is **GRANTED**;

2. That the Trial Preparation Conference set for November 21, 2008, is **VACATED**;

3. That the jury trial set to commence December 15, 2008, is **VACATED**;

4. That any pending motion is **DENIED** as moot; and

5. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated July 1, 2008, at Denver, Colorado.

**BY THE COURT:**

s/ Robert E. Blackburn
**Robert E. Blackburn**
**United States District Judge**